# Exhibit A

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**07/23/2025**

> **Summons Issued-Circuit**
> Document ID: 25-SMCC-4196, for BECTON, DICKINSON AND COMPANY.
> **Summons Issued-Circuit**
> Document ID: 25-SMCC-4195, for ST. LOUIS CHILDREN'S HOSPITAL.
> **Summons Issued-Circuit**
> Document ID: 25-SMCC-4194, for THE WASHINGTON UNIVERSITY.

**07/18/2025**

> **Filing Info Sheet eFiling**
>
>    **Filed By:** GENEVIEVE NICHOLS
> **Memorandum Filed**
> CRTMEM--SMNS MEMO.
>    **Filed By:** GENEVIEVE NICHOLS
>    **On Behalf Of:** LARONDA WASHINGTON
> **CRIFS/Unredacted Document**
> PETITION FOR APT OF NEXT FRIEND-UNREDACTED in associated to Appoint Next Friend (motion) filed on 07/18/2025.
>    **Filed By:** GENEVIEVE NICHOLS
>    **On Behalf Of:** LARONDA WASHINGTON
>    **Associated Entries: 07/18/2025 -**
> **Motion to Appoint Next Friend**
>    **+**
> Motion to Appoint Next Friend
> Petition for Apt of Next Friend; PROPOSED ORDER--PETITION FOR NEXT FRIEND.
>    **Filed By:** GENEVIEVE NICHOLS
>    **On Behalf Of:** LARONDA WASHINGTON
>    **Associated Entries: 07/18/2025 - CRIFS/Unredacted Document    +**
> **Pet Filed in Circuit Ct**
> Petition.
>    **Filed By:** GENEVIEVE NICHOLS
>    **On Behalf Of:** LARONDA WASHINGTON

Case net: 2522-CC01646 - RHONDA WASHINGTON, INDIVIDUALLY, AND AS NEXT FRIE… - Case Header

| | |
|---|---|
| **Judge/Commissioner Assigned** | MCGRAUGH, CHRISTOPHER EDWARD |
| **Date Filed** | 07/18/2025 |
| **Location** | City of St. Louis |
| **Case Type** | CC Pers Injury-Other |
| **Disposition** | Not Disposed |
| **Financial Information** | |

Case net: 2522-CC01646 - RHONDA WASHINGTON, INDIVIDUALLY, AND AS NEXT FRIE… - Case Header

| | |
|---|---|
| **Judge/Commissioner Assigned** | MCGRAUGH, CHRISTOPHER EDWARD |
| **Date Filed** | 07/18/2025 |
| **Location** | City of St. Louis |
| **Case Type** | CC Pers Injury-Other |
| **Disposition** | Not Disposed |
| **Financial Information** | |

WASHINGTON, LARONDA - Plaintiff

**Address:** 630 CAMBORNE DRIVE ST. LOUIS, MO 63125
**Year of Birth:** 1984

Represented By

NICHOLS, GENEVIEVE - Attorney for Plaintiff

**Address:** 6202 COLUMBIA AVE SAINT LOUIS, MO 63139

ST. LOUIS CHILDREN'S HOSPITAL - Defendant

**Address:** CSC LAWYERS INCORPORATING SERVICE 221 BOLIVAR STREET JEFFERSON CITY, MO 65101

THE WASHINGTON UNIVERSITY - Defendant

**Address:** SERVE PERSON IN CHARGE 1 BROOKINGS DRIVE ST LOUIS, MO 63130

BECTON, DICKINSON AND COMPANY - Defendant

**Address:** CT CORPORATION SYSTEM 5661 TELEGRAPH ROAD SUITE 4B ST LOUIS, MO 63129

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

**2522-CC01640**

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**22ND JUDICIAL CIRCUIT, STATE OF MISSOURI**

| | |
|---|---|
| **LARONDA WASHINGTON, Individually, and as next friend of B.S., a minor,** ) | |
| ) | |
| **Plaintiff,** ) | **CAUSE NO.** _____ |
| ) | |
| **vs.** ) | |
| ) | **DIVISION NO.** _____ |
| **ST. LOUIS CHILDREN'S HOSPITAL** ) | |
| ) | |
| **and** ) | |
| ) | |
| **THE WASHINGTON UNIVERSITY** ) | |
| ) | |
| **and** ) | |
| ) | |
| **BECTON, DICKINSON AND COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

**PETITION**

**Background – applicable to all counts**

1.      Plaintiff is an adult and resident and citizen of Missouri and brings this action for herself individually and on behalf of her minor daughter B.S., also a resident and citizen of Missouri.

2.      B.S. was first exposed to the danger, first sustained the injury, and was first treated by any Defendant for the injury as described herein in the City of St. Louis, all at St. Louis Children's Hospital.

3.      Defendants St. Louis Children's Hospital and The Washington University are corporate citizens of Missouri, organized and existing under the laws of Missouri and maintaining their principal places of business in Missouri.

1

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

4.      Defendant Becton, Dickinson and Company is a corporation organized and existing under the laws of states other than Missouri, with principal places of business in states other than Missouri.

5.      Defendant Becton, Dickinson and Company knowingly and purposely availed itself of the laws of Missouri by doing extensive business in Missouri, and knowingly selling, marketing and providing the Arctic Sun and ArcticGel Pads as described below in Missouri and to B.S.'s healthcare providers.

6.      The minor B.S. was a patient of Defendants St. Louis Children's Hospital and The Washington University while B.S. was admitted to St. Louis Children's Hospital from 10/11/2023 through 3/28/24.

7.      Defendants St. Louis Children's Hospital and The Washington University acted through their employees, including the CCM attending and residents, the Dermatology attending and residents, the ICU nurses, the persons in charge of and who monitored and maintained the Arctic Sun and the ArcticGel Pads mentioned below, and the persons in charge of training users of the Arctic Sun and ArcticGel Pads.

8.      While B.S. was a patient of St. Louis Children's Hospital and The Washington University, Defendants St. Louis Children's Hospital and The Washington University employees chose to use an Arctic Sun temperature management system on B.S., to regulate her body temperature, on various days, between on or about 10/22/2023 and 1/4/24.

<u>**Injuries — applicable to all counts**</u>

9.      As a result of the use of the Arctic Sun and the ArcticGel Pads on or about 12/30/24 and continuing through on or about 1/4/24, B.S. sustained extensive skin injuries

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

on her trunk, flank and legs, in the area where the ArcticGel Pads were applied, and suffered and continues to suffer keloid scarring, disfigurement, pain and discomfort, emotional upset, permanency, and the need for past and future medical treatment including procedures and surgeries.

10.    As a result of the use of the Arctic Sun and ArcticGel Pads, Plaintiff, individually, as the mother of B.S., sustained damage including medical bills and the need for caretaking of her daughter's wounds.

## COUNT 1 - MEDICAL NEGLIGENCE VS DEFENDANTS ST. LOUIS CHILDREN'S HOSPITAL AND THE WASHINGTON UNIVERSITY

11.    The skin injuries were caused or contributed to by the medical negligence of the employees of St. Louis Children's Hospital and The Washington University in allowing the Arctic Sun and ArcticGel Pads, which were under their control, to injure B.S.

12.    This negligence of Defendants St. Louis Children's Hospital and The Washington University caused or contributed to cause the minor B.S. to sustain the skin injuries and Plaintiff's individual damages as previously described.

## COUNT 2 - STRICT LIABILITY - DESIGN AND WARNING DEFECT VS DEFENDANT BECTON, DICKINSON AND COMPANY

13.    The Arctic Sun and the ArcticGel Pads used on B.S., and their warnings, were designed, marketed, and placed into the stream of commerce by Becton, Dickinson and Company.

14.    B.S.'s skin injuries from the Arctic Sun and ArcticGel Pads were also caused or contributed to by a defect in the design and warnings for the Arctic Sun and ArcticGel

3

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

Pads, in that the machine and its pads were designed in a way that allowed injuries like B.S.'s with anticipated use, and the product information failed to adequately advise health care professionals of the history of the machine or its pads in causing similar injuries, or of the propensity of the machine and it pads to cause skin injuries like B.S.'s with anticipated use, or to adequately instruct the healthcare providers on how to avoid such injuries.

15. These defects in the design and warnings existed at the time the Arctic Sun and ArcticGel Pads used on B.S. were sold and placed into the stream of commerce and made the Arctic Sun and ArcticGel Pads defective and unreasonably dangerous when put to a reasonably anticipated use without knowledge of these characteristics.

16. The Arctic Sun and ArcticGel Pads were used by B.S.'s healthcare providers in a manner reasonably anticipated by Defendant Becton, Dickinson and Company.

17. These design and warning defects caused or contributed to cause the minor B.S. to sustain the skin injuries and Plaintiff's individual damages as previously described.

## COUNT 3 - NEGLIGENT DESIGN AND WARNINGS VS DEFENDANT BECTON, DICKINSON AND COMPANY

18. The allegations of Count 2 are incorporated by reference.

19. Defendant Becton, Dickinson and Company failed to use ordinary care in the design of the Arctic Sun and ArcticGel Pads, and their warnings, in that it knew or should have known of the history of and tendency of the Arctic Sun and ArcticGel Pads to cause skin injuries like B.S.'s with reasonably anticipated use, and failed to design out the danger or adequately advise health care professionals of the propensity of the

4

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

machine or its pads to cause skin injuries like B.S.'s with anticipated use, and failed to adequately instruct them on how to avoid such injuries.

20. This negligence of Defendant Becton, Dickinson and Company caused or contributed to cause the minor B.S. to sustain the skin injuries and Plaintiff's individual damages as previously described.

**WHEREFORE,** Plaintiff prays for damages for herself individually and as next friend of the minor B.S., on her behalf, against all Defendants jointly and severally, in such amount as is fair and reasonable under the circumstances, and for costs.

**COFFEY & NICHOLS**
**ATTORNEYS AT LAW**

/s/  Mary Coffey
MARY COFFEY, #30919
GENEVIEVE NICHOLS, #48730
CALLAN MOENCH, #65049
Attorneys for plaintiffs
6200 Columbia Ave.
St. Louis, MO 63139
Phone:  314-647-0033
Fax:  314-647-8231
E-mail:  mc@coffeynichols.com
     gn@coffeynichols.com
     cm@coffeynichols.com

5

**2522-CC01640**

Electronically Filed - City of St. Louis July 18, 2025 - 01:32 PM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
22ND JUDICIAL CIRCUIT, STATE OF MISSOURI

LARONDA WASHINGTON,                        )
Individually, and as next friend of        )
B.S., a minor,                             )
                                           )
              Plaintiff,                    )
                                           )       CAUSE NO. _____
vs.                                        )
                                           )       DIVISION NO. _____
ST. LOUIS CHILDREN'S HOSPITAL              )
                                           )
and                                        )
                                           )
THE WASHINGTON UNIVERSITY                  )
                                           )
and                                        )
                                           )
BECTON, DICKINSON AND                      )
COMPANY,                                   )
                                           )
              Defendants.                   )

### PETITION FOR APPOINTMENT OF NEXT FRIEND

**COMES NOW** Petitioner ▮▮▮▮▮▮▮ a minor born ▮▮▮▮▮▮ having no duly legally appointed guardian, and desiring to commence and prosecute an action in this Court for damages against St. Louis Children's Hospital et al., now petitions this Court, pursuant to Rule 52.02 of the Missouri Rules of Civil Procedure, to appoint Petitioner's natural guardian and mother Laronda Washington as Petitioner's next friend for purposes of commencing and prosecuting said action on behalf of Petitioner.

1

Electronically Filed - City of St. Louis July 18, 2025 - 01:32 PM

I, Laronda Washington, hereby consent to act as next friend for my daughter ███████ Petitioner in said action.

_____
Laronda Washington

**COFFEY & NICHOLS**
**ATTORNEYS AT LAW**

/s/ Genevieve Nichols
MARY COFFEY, #30919
GENEVIEVE NICHOLS, #48730
Attorneys for plaintiff
6202 Columbia Ave.
St. Louis, MO 63139
Phone: 314-647-0033
Fax:     314-647-8231
E-mail: mc@coffeynichols.com
         gn@coffeynichols.com

2

**2522-CC01640**

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**22ND JUDICIAL CIRCUIT, STATE OF MISSOURI**

| | |
|---|---|
| LARONDA WASHINGTON, Individually, and as next friend of B.S., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ST. LOUIS CHILDREN'S HOSPITAL | ) ) |
| and | ) ) |
| THE WASHINGTON UNIVERSITY | ) ) |
| and | ) ) |
| BECTON, DICKINSON AND COMPANY, | ) ) |
| Defendants. | ) ) |

**CAUSE NO. _____**

**DIVISION NO. _____**

## MEMORANDUM TO CLERK

Plaintiff's Petition filed.  Summons ordered to issue to Antoinette Kovar, Cotton Investigations, 2820 Lafayette, St. Louis, MO 63104, for service on Defendants (1) The Washington University.  Serve: Person in Charge, 1 Brookings Drive, St. Louis, MO 63130. (2) Beckton, Dickinson and Company.  Serve Registered Agent: CT Corporation System, 5661 Telegraph Road, Suite 4B, St. Louis, MO 63129.

Plaintiff's Petition filed.  Summons ordered to issue to the Sheriff of Cole County, Missouri, for service on defendant St. Louis Children's Hospital **(with the name and address of the registered agent appearing on the summons)** Serve Registered Agent: **CSC -Lawyers Incorporating Service, 221 Bolivar Street, Jefferson City, MO 65101.**

1

Electronically Filed - City of St. Louis - July 18, 2025 - 01:32 PM

Dated this 18th day of July, 2025.

**COFFEY & NICHOLS**
**ATTORNEYS AT LAW**

/s/ Genevieve Nichols
MARY COFFEY, #30919
GENEVIEVE NICHOLS, #48730
Attorneys for plaintiff
6202 Columbia Ave.
St. Louis, MO 63139
Phone:  314-647-0033
Fax:     314-647-8231
E-mail:  mc@coffeynichols.com
          gn@coffeynichols.com

2

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2522-CC01640 |
| Plaintiff/Petitioner:<br>LARONDA WASHINGTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GENEVIEVE NICHOLS<br>6202 COLUMBIA AVE<br>SAINT LOUIS, MO  63139 |
| Defendant/Respondent:<br> ST. LOUIS CHILDREN'S HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp for Return) |

| | |
|---|---|
| The State of Missouri to:    THE WASHINGTON UNIVERSITY<br>Alias:<br><br>SERVE PERSON IN CHARGE<br>1 BROOKINGS DRIVE<br>ST LOUIS, MO  63130 | SPECIAL PROCESS SERVER |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

July 23, 2025
_____
Date

_____
Clerk

**Further Information:**

Case Number: 2522-CC01640

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____

                    Date                         Notary Public

**Service Fees (if applicable)**

Summons              $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $_____10.00_____
Mileage              $_____ ( _____ miles @ $_____ per mile)
**Total**            $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2522-CC01640 |
| Plaintiff/Petitioner:<br>LARONDA WASHINGTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GENEVIEVE NICHOLS<br>6202 COLUMBIA AVE<br>SAINT LOUIS, MO  63139 |
| Defendant/Respondent:<br> ST. LOUIS CHILDREN'S HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp for Return) |

The State of Missouri to:     ST. LOUIS CHILDREN'S HOSPITAL
**Alias:**

CSC LAWYERS INCORPORATING
SERVICE, RAGT
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

July 23, 2025
_____
Date

_____
Clerk

**Further Information:**

Case Number: 2522-CC01640

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____            _____
Printed Name of Officer or Server               Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____

                                   Date                        Notary Public

**Service Fees (if applicable)**

Summons                     $_____

Non Est                       $_____

Sheriff's Deputy Salary

Supplemental Surcharge   $_____10.00_____

Mileage                       $_____ (_____ miles @ $._____ per mile)

**Total**                      $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2522-CC01640 |
| Plaintiff/Petitioner:<br>LARONDA WASHINGTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GENEVIEVE NICHOLS<br>6202 COLUMBIA AVE<br>SAINT LOUIS, MO  63139 |
| Defendant/Respondent:<br> ST. LOUIS CHILDREN'S HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp for Return) |

The State of Missouri to:    BECTON, DICKINSON AND COMPANY
Alias:

CT CORPORATION SYSTEM, RAGT
5661 TELEGRAPH ROAD
SUITE 4B
ST LOUIS, MO  63129

SPECIAL PROCESS SERVER

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

*CITY OF ST LOUIS*

July 23, 2025
_____
Date

_____
Clerk

**Further Information:**

SJRC (07-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-4196** 1 of 2 (2522-CC01640)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 2522-CC01640

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____,
a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date)
at _____ (time).

_____        _____
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*
My commission expires: _____        _____

                                               Date                            Notary Public

**Service Fees (if applicable)**

Summons                         $_____
Non Est                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $_____10.00_____
Mileage                         $_____ (_____ miles @ $._____ per mile)
**Total**                       $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.