UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LARONDA WASHINGTON, Individually, and as next friend of B.S., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>ST. LOUIS CHILDREN'S HOSPITAL, *et al*.<br><br>    Defendants. | Civil Action No. 4:25-cv-01145-RWS |

**DEFENDANT BECTON, DICKINSON AND COMPANY'S MOTION TO DISMISS**

Defendant Becton, Dickinson and Company ("BD"), by and through its undersigned counsel, hereby move for dismissal of the Complaint filed by plaintiff Laronda Washington ("Plaintiff") in this matter, and state as follows:

1. On July 18, 2025, Plaintiff filed a Complaint in the Circuit Court of St. Louis City, 22nd Judicial Circuit, asserting claims for (1) medical negligence, (2) strict liability – design and warning defect, and (3) negligent design and warnings. On July 29, 2025, BD filed a Notice of Removal of the case to this Court.

2. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, BD seeks dismissal of Plaintiff's Count 2 (strict liability – design and warning defect) and Count 3 (negligent design and warnings) for failure to state a claim upon which relief can be granted.

3. This motion is made on the grounds that Plaintiff does not allege facts that plausibly demonstrate her entitlement to relief, in that she does not allege any specific product defect, does not allege a failure to warn, does not allege any negligent conduct, and does not allege that any injury was directly and proximately caused by defective design or warnings.

4. In compliance with Eastern District Local Rule 4.01(A), BD files herewith a Memorandum of Law in Support of their Motion and incorporate it herein.

WHEREFORE, BD respectfully requests that this Court grant its Motion to Dismiss, dismiss Plaintiff's Count 2 and Count 3 with prejudice, and order any and all further relief as the Court deems just and proper under the circumstances.

Dated: August 15, 2025                                    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Eric L. Alexander
Eric L. Alexander (Adm. *Pro Hac Vice*)
eric.alexander@hklaw.com
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 469-5640

Kameron Fleming (MO #73703)
kameron.fleming@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: (904) 353-2000

*Counsel for Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a true and correct copy of Defendant Becton, Dickinson and Company's Motion to Dismiss was served through CM/ECF on all counsel or parties via the Court's electronic filing system.

s/ Eric L. Alexander
Eric L. Alexander
